UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID D. DILLON                              CIVIL ACTION

VERSUS                                       NO: 13-4769

JORDAN SILVA                                 SECTION: "J" (4)

### ORDER

Before the Court is Plaintiff David D. Dillon's **Motion for Leave to File an Amended Complaint (Rec. Doc. 5).** The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 6)**, and the failure to file any objections to the report, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion for Leave to File an Amended Complaint (Rec. Doc. 5)** is **GRANTED**.

Furthermore, having considered the United States Magistrate Judge's recommendation that the Plaintiff's complaint be dismissed *sua sponte*, the Court agrees with the recommendation and adopts the Report and Recommendation as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's § 1983 claims against Sergeant Jordan Silva are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for lack of subject matter jurisdiction pursuant to 42 U.S.C. § 1997e, and for otherwise failing to state a claim upon which relief may be granted.

New Orleans, Louisiana this 27th day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE